Brian T. Giles (SBN 0072086)
brian@gilesfirm.com
THE LAW OFFICES OF BRIAN T. GILES, LLC
1470 Apple Hill Road
Cincinnati, OH 45230
Tel:   (513) 379-2715
Fax:   (513) 562-8822
Attorneys for Plaintiffs SANDRA and TABATHA MARTIN

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA and TABATHA MARTIN, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. <br> _____ | Case No. 2:18-cv-00982-AB-FFM <br><br> **JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

Plaintiffs SANDRA and TABATHA MARTIN ("Plaintiffs"), by counsel, and Defendant FORD MOTOR COMPANY ("Defendant"), by counsel, hereby submit this Joint Stipulation to Dismiss this Case With Prejudice per the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to the dismissal to bear its own costs and fees.

//

//

//

Plaintiffs and Defendant mutually waive all demands for each other's costs and fees associated with this matter.

**IT IS SO STIPULATED.**

Dated: August 23, 2022          GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Spencer P. Hugret*
    Spencer P. Hugret
    Attorneys for Defendant
    FORD MOTOR COMPANY

Dated: August 23, 2022          THE LAW OFFICES OF BRIAN T. GILES, LLC

By: */s/ Brian T. Giles*
    Brian T. Giles
    Attorneys for Plaintiffs
    SANDRA and TABATHA MARTIN

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ Spencer P. Hugret*
    Spencer P. Hugret